**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VIRGINIA MONSON and STEPHEN MONSON, h/w<br><br>v.<br><br>NEW JERSEY MANUFACTURERS INSURANCE COMPANY | :<br>:<br>: Civil Action No. 2:25-cv-02104-MRP<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

Kindly enter our appearance on behalf of defendant, New Jersey Manufacturers Insurance Company, in the above-captioned matter.

                                                                         Respectfully submitted,

                                                                         **McCORMICK & PRIORE, P.C.**

                                         BY:   /s/ *Joseph Ross*
                                                                  Scott J. Tredwell, Esquire
                                                                   Joseph Ross, Esquire
                                                                   Attorney ID #321893 / 318039
                                                                   2001 Market Street, Suite 3810
                                                                   Philadelphia, PA 19103
                                                                   (T) 215-972-0161
                                                                   (F) 215-972-5580
                                                                   stredwell@mccormickpriore.com
                                                                   jross@mccormickpriore.com
                                                                   *Attorneys for Defendant,*
                                                                   *New Jersey Manufacturers*
                                                                   *Insurance Company*

Date: July 28, 2025

## **CERTIFICATE OF SERVICE**

      I, Joseph Ross, hereby certify that I served a true and correct copy of the foregoing Entry of Appearance on behalf of Defendant, New Jersey Manufacturers Insurance Company, on all parties on this date via the ECF filing system.

Date: July 28, 2025                                                       */s/ Jospeh Ross*  
                                                                                    Joseph Ross