**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VIRGINIA MONSON, et al.,** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **No.: 25-cv-2104** |
| | : | |
| **NEW JERSEY MANUFACTURERS** | : | |
| **INSURANCE COMPANY,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW,** this ____9TH____ day of December, 2025, it having been reported that the

issues between the parties in the above action have been settled and upon Order of the Court

pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of the Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of

counsel without costs.

BY THE COURT:


   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge


COPIES BY ECF:

Richard A. Wolfe, Esquire
Joseph Ross, Esquire